COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     KMR Minden LP v. Harris County Appraisal District

Appellate case number:   01-13-00152-CV

Trial court case number:  2011-70247

Trial court:             164th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to enter written findings of facts and conclusions of law. The district clerk has filed a supplemental clerk's record containing the trial court's written findings and conclusions. On January 14, 2014, appellee filed a motion to reinstate this appeal and set briefing deadlines. Accordingly, we grant appellee's motion and REINSTATE this case on the Court's active docket.

Further, in light of the trial court's written findings and conclusions, the Court ORDERS that appellant may file an amended or supplemental brief no later than February 7, 2014. *See* TEX. R. APP. P. 38.7.

The court further ORDERS that appellee's brief, if any, must be filed no later than the earlier of 30 days from the date the appellant's amended or supplemental brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:/s/ Justice Evelyn V. Keyes
                  ☒ Acting individually    ☐ Acting for the Court

Date:  January 23, 2014